IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JAVIER OMAR NIEVES-SANTIAGO,

Plaintiff,

v.

MICHELLE KING, Acting Commissioner of Social Security,

Defendant.

CIVIL NO. 24-1373 (HRV)

## ORDER

Plaintiff Javier Omar Nieves-Santiago ("Nieves-Santiago") sought review of the decision of the Acting Commissioner of Social Security ("the Commissioner") denying his application for disability insurance benefits under the Social Security Act. (Docket No. 2). On January 30, 2025, a consent motion requesting remand was filed by the Commissioner. (Docket No. 23). On that same date, I granted the motion for remand and entered judgment remanding the action for further administrative proceedings. (Docket Nos. 24, 25).

The Commissioner has filed a consent motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Docket No. 26). In it, the Commissioner informs that the parties agree and stipulate to the payment of $4,500 to the Plaintiff for fees, expenses and costs under EAJA. (*Id.*).

1

After careful consideration of the request and the record, I find that the agreed-upon award of fees is warranted under the statute and that the amount stipulated is reasonable. Therefore, the consent motion for attorney's fees under EAJA (Docket No. 26) is **GRANTED**. Plaintiff is awarded the sum of **$4,500.00.**

This award is in full satisfaction of all claims for fees, expenses, and costs, and may be paid directly to Plaintiff's attorney provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program. *See Astrue v. Ratliff*, 560 U.S. 586, 130 S. Ct. 2521, 171 L. Ed. 2d (2010).

**IT IS SO ORDERED**

In San Juan, Puerto Rico this 18th day of February, 2025.

S/Héctor L. Ramos-Vega
HÉCTOR L. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE
